**Order entered September 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00163-CV

### NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, Appellant

### V.

### JESSICA A. JOHNSON, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02192**

## ORDER

We **GRANT** the court reporter's September 7, 2016 motion for an extension of time to file a supplemental reporter's record and extend the time to **MONDAY, SEPTEMBER 19, 2016**.

We **GRANT** appellant's September 7, 2016 unopposed motion for an extension of time to file a brief and extend the time to **OCTOBER 9, 2016**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE